# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: James A. Reed                                      CHAPTER 13

         Patricia A. Reed

                 Debtor(s)                            BKY. NO. 22-21553 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                                       Respectfully submitted,

                                       /s/ **Brian C. Nicholas**
                                       Brian Nicholas
                                       19 Oct 2022, 05:21:02, EDT

                                       Brian C. Nicholas, Esq. (317240) ☑
                                       Denise Carlon, Esq. (317226) ☐
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       412-430-3594
                                       bkgroup@kmllawgroup.com