IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-21553 CMB |
| James A. Reed | : | Chapter 13 |
| Patricia A. Reed | : | Related to Docket No. 27 |
| Debtors | : | |
| | : | |
| James A. Reed | : | |
| Patricia A. Reed | : | |
| Movants | : | |
| | : | |
| v. | : | |
| West Coast Servicing, Inc. | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 20, 2022, a true and correct copy of the *Loss Mitigation Order dated October 19, 2022* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**
Ronda J. Winnecour, Trustee

**Served by U.S. First Class Mail**

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

James A. & Patricia A. Reed
410 Moween Rd.
Saltsburg, PA 15681

West Coast Servicing, Inc.
7911 Warner Ave.
Huntington Beach CA 92647-0000

Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454-0000

Date of Service: October 20, 2022

/s/ Kenneth Steidl_____
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. No. 34965
ken.steidl@steidl-steinberg.com