IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James A. Reed and | ) | Bankruptcy No. 22-21553 CMB |
| Patricia A. Reed, | ) | Chapter 13 |
| | ) | Related to Document No(s). 34, 35 |
| Debtors | ) | |
| | ) | Hearing Date and Time: |
| James A. Reed and | ) | January 19, 2023 at 2:30p |
| Patricia A. Reed, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| West Coast Servicing, Inc., | ) | |
| | | |
| Respondent(s) | | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO APPROVE FORBEARANCE & EXTENSION AGREEMENT WITH WEST COAST SERVICING, INC. OBTAINED THROUGH THE LOSS MITIGATION PROGRAM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion To Approve Forbearance & Extension Agreement With West Coast Servicing, Inc. Obtained Through The Loss Mitigation Program filed on December 12, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion To Approve Forbearance & Extension Agreement With West Coast Servicing, Inc. Obtained Through The Loss Mitigation Program appears thereon. Pursuant to the Notice of Hearing, objections for Motion To Approve Forbearance & Extension Agreement With West Coast Servicing, Inc. Obtained Through The Loss Mitigation Program were to be filed and served no later than December 29, 2022.

It is hereby respectfully requested that the Order attached to the Motion To Approve Forbearance & Extension Agreement With West Coast Servicing, Inc. Obtained Through The Loss Mitigation Program be entered by the Court.

        Respectfully submitted,

December 30, 2022           /s/Kenneth Steidl
Date:           Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  34965
ken.steidl@steidl-steinberg.com