IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| ) | Case No. 22-21553 CMB |
| James A. Reed ) | |
| Patricia A. Reed, ) | Chapter 13 |
|    Debtor(s) ) | Related Docket No. 45 |
| ) | |
| ) | Hearing Date and Time: |
| ) | February 16, 2023 at 1:30 p.m. |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED JANUARY 15, 2023 AND NOTICE OF PROPOSED MODIFICATION TO
PLAN DATED 9/8/2022**

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) January 17, 2023

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Office of the U.S. Trustee

Ronda J. Winnecour, Chapter 13 Trustee

                                                                                                                       Respectfully submitted,

January 17, 2023                                                      /s/ Kenneth Steidl
DATE                                                                     Kenneth Steidl, Esquire
                                                                             Attorney for the Debtor(s)
                                                                             STEIDL & STEINBERG
                                                                             Suite 2830 – Gulf Tower
                                                                             707 Grant Street
                                                                             Pittsburgh, PA  15219
                                                                             (412) 391-8000
                                                                             chris.frye@steidl-steinberg.com
                                                                             PA I.D. No. 34965

```
Label Matrix for local noticing          Capital One Bank (USA), N.A.            Citibank, N.A.
0315-2                                   by American InfoSource as agent         5800 S Corporate Pl
Case 22-21553-CMB                        PO Box 71083                            Sioux Falls, SD  57108-5027
WESTERN DISTRICT OF PENNSYLVANIA         Charlotte, NC  28272-1083
Pittsburgh
Sun Jan 15 10:16:32 EST 2023

Keri P. Ebeck                            Hladik, Onorato & Federman, LLP         Internal Revenue Service
Bernstein-Burkley                        298 Wissahickon Avenue                  PO Box 7346
601 Grant Street, 9th Floor              North Wales, PA 19454-4156              Philadelphia, PA 19101-7346
Pittsburgh, PA 15219-4430


LVNV Funding, LLC                        Macys                                   (p)DSNB MACY S
Resurgent Capital Services               PO Box 71359                            CITIBANK
PO Box 10587                             Philadelphia, PA 19176-1359             1000 TECHNOLOGY DRIVE MS 777
Greenville, SC 29603-0587                                                        O FALLON MO 63368-2222


Sarah Kathleen McCaffery                 Mercury                                 Brian Nicholas
Hladik Onorato & Federman, LLP           Card Services                           KML Law Group, P.C.
298 Wissahickon Avenue                   PO Box 84064                            701 Market Street
North Wales, PA 19454-4156               Columbus, GA 31908-4064                 Suite 5000
                                                                                 Philadelphia, PA 19106-1541


Office of the United States Trustee      (p)PNC BANK RETAIL LENDING              PRA Receivables Management, LLC
Liberty Center.                          P O BOX 94982                           PO Box 41021
1001 Liberty Avenue, Suite 970           CLEVELAND OH 44101-4982                 Norfolk, VA 23541-1021
Pittsburgh, PA 15222-3721


Pennsylvania Department of Revenue       Pennsylvania Dept. of Revenue           Quantum3 Group LLC as agent for
Bankruptcy Division                      Department 280946                       Mercury Financial/First Bank & Trust
P.O. Box 280946                          P.O. Box 280946                         PO Box 788
Harrisburg, PA 17128-0946                ATTN: BANKRUPTCY DIVISION               Kirkland, WA  98083-0788
                                         Harrisburg, PA 17128-0946


James A Reed                             Patricia A Reed                         Kenneth Steidl
410 Moween Rd.                           410 Moween Rd.                          Steidl & Steinberg
Saltsburg, PA 15681-1483                 Saltsburg, PA 15681-1483                Suite 2830 Gulf Tower
                                                                                 707 Grant Street
                                                                                 Pittsburgh, PA 15219-1908


Synchrony Bank                           Synchrony Bank /JCPenney                Synchrony Bank /Sams Club
c/o of PRA Receivables Management, LLC   PO Box 965060                           PO Box 965060
PO Box 41021                             Attn: Bankruptcy                        Attn: Bankruptcy
Norfolk, VA 23541-1021                   Orlando, FL 32896-5060                  Orlando, FL 32896-5060


Target Card Services                     Toyota Motor Credit Corporation         Toyota Motor Finance
PO Box 5331                              PO Box 9013                             5005 N. RIver Blvd. NE
Sioux Falls, SD 57117-5331               Addison, Texas 75001-9013               Cedar Rapids, IA 52411-6634


UPMC HEALTH SERVICES                     UPMC PHYSICIAN SERVICES                 Verizon
PO BOX 1123                              PO BOX 1123                             by American InfoSource as agent
MINNEAPOLIS, MN 55440-1123               MINNEAPOLIS, MN 55440-1123              PO Box 4457
                                                                                 Houston, TX  77210-4457
```

```
West Coast Servicing                Westmoreland County Tax Claim Bureau      Ronda J. Winnecour
7911 Warner Ave.                    2 N Main Street, Suite 406                Suite 3250, USX Tower
Huntington Beach, CA 92647-4707     Greensburg, PA 15601-2417                 600 Grant Street
                                                                              Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Macys***                            PNC BANK N.A.                             (d)PNC Bank
PO Box 8053                         PO BOX 94982                              2730 Liberty Avenue
Attn: Bankruptcy                    CLEVELAND, OH  44101                      Pittsburgh, PA 15222
Mason, OH 45040


(d)PNC Bank
PO Box 94982
Cleveland, OH 44101
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PNC BANK, NATIONAL ASSOCIATION    (u)Toyota Motor Credit Corporation       (u)West Coast Servicing, Inc.
```

```
End of Label Matrix
Mailable recipients     32
Bypassed recipients      3
Total                   35
```