IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| | ) | Case No. 22-21553 CMB |
| James A. Reed | ) | Chapter 13 |
| Patricia A. Reed, | ) | Related Docket No. 44 |
|    Debtor(s) | ) | |
| | ) | |
| | ) | |
| James A. Reed | ) | |
| Patricia A. Reed, | ) | |
|    Movant(s) | ) | |
| | ) | |
| - vs. - | ) | |
| | ) | |
| No Respondent(s) | ) | |

**ORDER OF COURT**

AND NOW, to wit, this ___20th___ day of ___January___, 2023, it is hereby ORDERED, ADJUDGED, and DECREED, that the Amended Chapter 13 Plan dated January 15, 2023 and Notice of Proposed Modification to Plan Dated September 8, 2022 filed at Docket No. 42 is withdrawn and the hearing scheduled for February 16, 2023 at 9:00 a.m. is canceled.

_____
Honorable Carlota M. Bohm     **dmr**
U.S. Bankruptcy Judge

FILED
1/20/23 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-21553-CMB
James A Reed Chapter 13
Patricia A Reed
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Jan 20, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James A Reed, 410 Moween Rd., Saltsburg, PA 15681-1483 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2023 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Kenneth Steidl
     on behalf of Debtor James A Reed julie.steidl@steidl-steinberg.com
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
     on behalf of Joint Debtor Patricia A Reed julie.steidl@steidl-steinberg.com
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
     on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 20, 2023 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sarah Kathleen McCaffery
    on behalf of Creditor West Coast Servicing Inc. ckohn@hoflawgroup.com

TOTAL: 7