IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James A. Reed | ) | Case No. 22-21553 CMB |
| Patricia A. Reed, | ) | Chapter 13 |
| Debtor(s) | ) | Related Docket No. 55 & 58 |
| | ) | |

**CERTIFICATE OF SERVICE OF AMENDED SCHEDULE B AND C AND COURT ORDER**

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) March 2, 2023

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Office of the U.S. Trustee

Ronda J. Winnecour, Chapter 13 Trustee

                                                                                         Respectfully submitted,

March 2, 2023                                          /s/ Kenneth Steidl_____
DATE                                                                    Kenneth Steidl, Esquire
                                                                                 Attorney for the Debtor(s)
                                                                                 STEIDL & STEINBERG
                                                                                 Suite 2830 – Gulf Tower
                                                                                 707 Grant Street
                                                                                 Pittsburgh, PA  15219
                                                                                 (412) 391-8000
                                                                                 ken.steidl@steidl-steinberg.com
                                                                                 PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 22-21553-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Mar  2 09:02:47 EST 2023 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Hladik, Onorato & Federman, LLP<br>298 Wissahickon Avenue<br>North Wales, PA 19454-4156 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Macys<br>PO Box 71359<br>Philadelphia, PA 19176-1359 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Sarah Kathleen McCaffery<br>Hladik Onorato & Federman, LLP<br>298 Wissahickon Avenue<br>North Wales, PA 19454-4156 | Mercury<br>Card Services<br>PO Box 84064<br>Columbus, GA 31908-4064 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Quantum3 Group LLC as agent for<br>Mercury Financial/First Bank & Trust<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| James A Reed<br>410 Moween Rd.<br>Saltsburg, PA 15681-1483 | Patricia A Reed<br>410 Moween Rd.<br>Saltsburg, PA 15681-1483 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank /JCPenney<br>PO Box 965060<br>Attn: Bankruptcy<br>Orlando, FL 32896-5060 | Synchrony Bank /Sams Club<br>PO Box 965060<br>Attn: Bankruptcy<br>Orlando, FL 32896-5060 |
| Target Card Services<br>PO Box 5331<br>Sioux Falls, SD 57117-5331 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Toyota Motor Finance<br>5005 N. RIver Blvd. NE<br>Cedar Rapids, IA 52411-6634 |
| UPMC HEALTH SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |

| | | |
|---|---|---|
| West Coast Servicing<br>7911 Warner Ave.<br>Huntington Beach, CA 92647-4707 | Westmoreland County Tax Claim Bureau<br>2 N Main Street, Suite 406<br>Greensburg, PA 15601-2417 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Macys***<br>PO Box 8053<br>Attn: Bankruptcy<br>Mason, OH 45040 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | (d)PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 |
| (d)PNC Bank<br>PO Box 94982<br>Cleveland, OH 44101 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC BANK, NATIONAL ASSOCIATION | (u)Toyota Motor Credit Corporation | (u)West Coast Servicing, Inc. |

End of Label Matrix
Mailable recipients    32
Bypassed recipients     3
Total                  35