# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 22-21553 |
| JAMES A. REED § | |
| PATRICIA A. REED § | |
| DEBTORS § | |

## NOTICE OF ADDRESS CHANGE

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). PLEASE TAKE NOTICE that the notice address and payment address for the below mentioned Creditor has changed. Please update the case and claims register with the new information outlined below.

| **Toyota Motor Credit Corporation** | **9** | **xxxx0419** |
|---|---|---|
| Creditor Name | Court Claim # | Last Four Digits of Acct.# |

**Prior Name and Address where notices should be sent:**
Toyota Motor Credit Corporation
PO Box 8026
Cedar Rapids, Iowa 52408-8026
Phone: (800) 874-8822

**Prior Name and Address where payments should be sent:**
Toyota Motor Credit Corporation
PO Box 9490
Cedar Rapids, Iowa 52409-9490
Phone: (800) 874-8822

**Current Name and Address where notices should be sent:**
Toyota Motor Credit Corporation
PO Box 8026
Cedar Rapids, Iowa 52408-8026
Phone: (800) 874-8822

**Current Name and Address where payments should be sent:**
Toyota Motor Credit Corporation
PO Box 4700
Phoenix, AZ 85030
Phone: (800) 874-8822

Dated: 05/23/2024

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Natalie Lea
Natalie Lea
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for Creditor