IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
James A Reed, and  
Patricia A Reed,  
    Debtor(s).

CASE NO 22-21553-CMB

Chapter 13

Ronda J. Winnecour, Chapter 13 Trustee,  
    Movant(s),  
vs.  
James A Reed, and  
Patricia A Reed,  
    Respondent(s).

## CONSENT ORDER OF COURT PROVIDING FOR DISPOSITION OF NON-SPECIFIC LUMP SUM PAYMENT

WHEREAS, the Trustee is in receipt of $12,305.07 (the "Non-Specific Lump Sum") posted on 10/10/24, which is traceable to the portion of an inheritance received by the Debtor (as disclosed in an amended Sch B filed ad Doc 70), and which Non-Specific Lump Sum exceeds allowable exemptions;

AND now, the Trustee and Debtor(s) (by their attorneys) agree, as indicated by their consents to this Order, as follows:

(1) The Non-Specific Lump Sum shall be treated as additional plan funding and shall, after deduction of Trustee fees, be earmarked as follows: (a) the priority claim of the IRS (Cl 7); and (b) to pay unsecured creditors so far as the funds will go.

(2) The Unsecured Creditor POT and §1325(a)(4) minimum shall be adjusted to 100% of timely filed claims ($12,969.86). The confirmed plan shall be deemed amended and the plan base adjusted to incorporate this provision.

(3) Debtors remains responsible to continue to make plan payments and/or pay lump sum(s) as need to meet all remaining plan goals. Trustee shall

be entitled to earmark any subsequent lump sum payments identified as inheritance to unsecured creditors (after deduction for fees) without further order of court.

So Ordered, this _____ day of _____, 20____.

_____
U.S. Bankruptcy Judge

Consented to:

/s/ Owen W. Katz
Owen W. Katz, Esquire (PA I.D. #36473)
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee

/s/ Kenneth Steidl
Kenneth Steidl, Esquire (PA I.D. #34965)
STEIDL & STEINBERG
707 Grant Street
Gulf Tower, Suite 2830
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
Attorney for Debtor(s)