#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>James A Reed, and<br>Patricia A Reed,<br>    Debtor(s). | CASE NO 22-21553-CMB<br><br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13<br>Trustee,<br>    Movant(s),<br>vs.<br>James A Reed, and<br>Patricia A Reed,<br>    Respondent(s). | Related to Doc. No. 72 |

**CONSENT ORDER OF COURT PROVIDING FOR DISPOSITION OF NON-SPECIFIC LUMP SUM PAYMENT**\*

WHEREAS, the Trustee is in receipt of $12,305.07 (the "Non-Specific Lump Sum") posted on 10/10/24, which is traceable to the portion of an inheritance received by the Debtor (as disclosed in an amended Sch B filed ad Doc 70), and which Non-Specific Lump Sum exceeds allowable exemptions;

AND now, the Trustee and Debtor(s) (by their attorneys) agree, as indicated by their consents to this Order, as follows:

(1) The Non-Specific Lump Sum shall be treated as additional plan funding and shall, after deduction of Trustee fees, be earmarked as follows: (a) the priority claim of the IRS (Cl 7); and (b) to pay unsecured creditors so far as the funds will go.

(2) The Unsecured Creditor POT and §1325(a)(4) minimum shall be adjusted to 100% of timely filed claims ($12,969.86). The confirmed plan shall be deemed amended and the plan base adjusted to incorporate this provision.

(3) Debtors remains responsible to continue to make plan payments and/or pay lump sum(s) as need to meet all remaining plan goals.  Trustee shall

be entitled to earmark any subsequent lump sum payments identified as inheritance to unsecured creditors (after deduction for fees) without further order of court.

So Ordered, this  18th  day of  October        , 20 24  .

*Carlota M. Böhm*   dmr
U.S. Bankruptcy Judge

Consented to:

/s/ Owen W. Katz
Owen W. Katz, Esquire (PA I.D. #36473)
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

FILED
10/18/24 12:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Kenneth Steidl
Kenneth Steidl, Esquire (PA I.D. #34965)
STEIDL & STEINBERG
707 Grant Street
Gulf Tower, Suite 2830
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
**Attorney for Debtor(s)**

*Any party-in-interest may file a written objection(s) to the entry of this order on or before November 1, 2024.  If any objection(s) is filed on or before November 1, 2024, a hearing will be set.  If no objection(s) is filed on or before November 1, 2024, the order shall become final effective November 2, 2024.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21553-CMB |
| James A Reed | Chapter 13 |
| Patricia A Reed | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 18, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James A Reed, Patricia A Reed, 410 Moween Rd., Saltsburg, PA 15681-1483 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor James A Reed julie.steidl@steidl-steinberg.com<br>ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Patricia A Reed julie.steidl@steidl-steinberg.com<br>ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com<br>btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Oct 18, 2024 Form ID: pdf900 Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sarah Kathleen McCaffery
    on behalf of Creditor West Coast Servicing  Inc. smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

TOTAL: 7