**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/20/2024

IN RE:

| | |
|---|---|
| JAMES A REED<br>PATRICIA A REED<br>410 MOWEEN RD.<br>SALTSBURG,  PA  15681<br>XXX-XX-2042          Debtor(s)<br><br>XXX-XX-9082 | Case No.22-21553 CMB<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

  NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

  This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

  This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

  The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/20/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5177 |
| **TOYOTA MOTOR CREDIT CORPORATION**<br>PO BOX 4700<br>PHOENIX, AZ  85030 | Trustee Claim Number:2   INT %: 6.00%<br>Court Claim Number:9<br>CLAIM: 18,768.09<br>COMMENT: CL9GOV@6%/PL\*PMT/CONF | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0419 |
| **WEST COAST SERVICING INC**<br>7911 WARNER AVE<br>HUNTINGTON BEACH, CA  92647 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 0.00<br>COMMENT: 146004.93/CL\*200/PL@LTCD\*4532/SCH\*PMT/NOTE\*ALL ARRS\*LN MOD @ 4 | | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 2042 |
| **WESTMORELAND COUNTY TAX CLAIM BUREAU**<br>40 N PENNSYLVANIA AVE STE 109<br>GREENSBURG, PA  15601 | Trustee Claim Number:4   INT %: 9.00%<br>Court Claim Number:<br>CLAIM: 18,799.58<br>COMMENT: 520210013\*$@9%/PL\*18-21/SCH-PL | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0013 |
| **HLADIK ONORATO & FEDERMAN LLP\*\***<br>298 WISSAHICKON AVE<br>NORTH WALES, PA  19454 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 5,338.61<br>COMMENT: 5520.85@0%/PL\*21/SCH-PL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2042 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 3,770.79<br>COMMENT: CAP 1 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9268 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,438.09<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7075 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 967.59<br>COMMENT: CAP 1 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9778 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY  40213-3439 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 617.57<br>COMMENT: X2022/SCH\*BBY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8498 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CITIBANK\*\*** <br> POB 6241 <br> SIOUX FALLS, SD 57117-6214 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR~THD/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1166 |
| **CREDIT ONE BANK** <br> POB 98872 <br> LAS VEGAS, NV 89193-8872 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0210 |
| **CREDIT ONE BANK** <br> POB 98872 <br> LAS VEGAS, NV 89193-8872 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3350 |
| **CREDIT ONE BANK** <br> POB 98872 <br> LAS VEGAS, NV 89193-8872 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3724 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS** <br> C/O TSYS DEBT MGMT INC <br> PO BOX 137 <br> COLUMBUS, GA 31902-0137 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9755 |
| **QUANTUM3 GROUP LLC - AGNT MERCURY FINA** <br> C/O QUANTUM3 GROUP LLC <br> PO BOX 2489 <br> KIRKLAND, WA 98083-2489 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: 13 | CLAIM: 0.00 <br> COMMENT: MERCURY\*CL@ $1885.48 W/D\*DOC 67 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0486 |
| **PNC BANK NA** <br> PO BOX 94982 <br> CLEVELAND, OH 44101 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: 8 | CLAIM: 0.00 <br> COMMENT: SIGNED@SEAL 9/29/95\*CL @$23,157.70 W/D\*DOC 61 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7561 |
| **SYNCHRONY BANK\*\*** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br> NORFOLK, VA 23541 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR~JCP/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7751 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: 3 | CLAIM: 1,559.27 <br> COMMENT: SYNCHRONY\*SAMS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4804 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: 2 | CLAIM: 2,524.01 <br> COMMENT: SAMS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5177 |

| Creditor | Claim Info | Description |
|---|---|---|
| **TARGET**<br>PO BOX 660170<br><br>DALLAS, TX 75266 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1985 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 33.24<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2042 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: @OBJ/CONF | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 577.84<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9082 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:11-2<br><br>CLAIM: 1,312.24<br>COMMENT: NT/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9082 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 169.22<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **WEST COAST SERVICING INC**<br>7911 WARNER AVE<br><br>HUNTINGTON BEACH, CA 92647 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 0.00<br>COMMENT: LN MOD @ 4 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2042 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WEST COAST SERVICING INC**<br>7911 WARNER AVE<br><br>HUNTINGTON BEACH, CA 92647 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:01<br><br>CLAIM: 0.00<br>COMMENT: PMT/LN MOD-CONF*BGN 12/22*399.18X(56+2)=LMT | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2042 |