IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| ) | Case No.22-21553 CMB |
| James A. Reed ) | Chapter 13 |
| Patricia A. Reed, ) | Related Docket No. 79 |
| Debtor(s) ) | |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED SEPTEMBER 19, 2025**

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) September 19, 2025

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

|  |  |
|---|---|
|  | Respectfully submitted, |
| September 23, 2025 | /s/ Kenneth Steidl_____ |
| DATE | Kenneth Steidl, Esquire |
|  | Attorney for the Debtor(s) |
|  | STEIDL & STEINBERG |
|  | 436 Seventh Avenue |
|  | Suite 322 |
|  | Pittsburgh, PA  15219 |
|  | (412) 391-8000 |
|  | ken.steidl@steidl-steinberg.com |
|  | PA I.D. No. 34965 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 22-21553-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Sep 19 13:31:48 EDT 2025 | Capital One Bank (USA), N.A<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Denise Carlon<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | (p)BERNSTEIN BURKLEY PC<br>ATTN KERI EBECK<br>601 GRANT STREET<br>9TH FLOOR<br>PITTSBURGH PA 15219-4430 | Hladik, Onorato & Federman, LLP<br>298 Wissahickon Avenue<br>North Wales, PA 19454-4156 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Macys<br>PO Box 71359<br>Philadelphia, PA 19176-1359 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 | Sarah Kathleen McCaffery<br>Friedman Vartolo LLP<br>1325 Franklin Ave<br>Suite 160<br>Garden City, NY 11530-1631 | Mercury<br>Card Services<br>PO Box 84064<br>Columbus, GA 31908-4064 |
| Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Quantum3 Group LLC as agent for<br>Mercury Financial/First Bank & Trust<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| James A Reed<br>410 Moween Rd.<br>Saltsburg, PA 15681-1483 | Patricia A Reed<br>410 Moween Rd.<br>Saltsburg, PA 15681-1483 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank /JCPenney<br>PO Box 965060<br>Attn: Bankruptcy<br>Orlando, FL 32896-5060 | Synchrony Bank /Sams Club<br>PO Box 965060<br>Attn: Bankruptcy<br>Orlando, FL 32896-5060 |
| Target Card Services<br>PO Box 5331<br>Sioux Falls, SD  57117-5331 | Toyota Motor Credit Corporation<br>PO Box 8026<br>Cedar Rapids, IA 52408-8026 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Toyota Motor Finance<br>5005 N. RIver Blvd. NE<br>Cedar Rapids, IA 52411-6634 | UPMC HEALTH SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 |

```
Verizon                              West Coast Servicing              Westmoreland County Tax Claim Bureau
by American InfoSource as agent      7911 Warner Ave.                  2 N Main Street, Suite 406
PO Box 4457                          Huntington Beach, CA 92647-4707   Greensburg, PA 15601-2417
Houston, TX  77210-4457



Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Keri P. Ebeck                        Macys***                          PNC BANK N.A.
Bernstein-Burkley                    PO Box 8053                       PO BOX 94982
601 Grant Street, 9th Floor          Attn: Bankruptcy                  CLEVELAND, OH 44101
Pittsburgh, PA 15219                 Mason, OH 45040



(d)PNC Bank                          (d)PNC Bank
2730 Liberty Avenue                  PO Box 94982
Pittsburgh, PA 15222                 Cleveland, OH 44101
```

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PNC BANK, NATIONAL ASSOCIATION     (u)Quantum3 Group LLC as agent for Mercury Fi     (u)West Coast Servicing, Inc.




End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36
```